# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| UNITED STATES SPECIALTY SPORTS ASSOCIATION, INC., a Florida Corporation <br><br> *Plaintiff(s)* <br> v. <br> CHAD FRITZ <br><br> *Defendant(s)* | Civil Action No. 6:15CV1726ORL-31KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chad Fritz
1387 Berkshire Drive
Milford, Ohio 45150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip D. Storey
PO Box 3511
Orlando, Florida 32802-3511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/14/2015

*C. Henderson*
*Signature of Clerk or Deputy Clerk*